

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2016

No. 04-16-00054-CV

**IN THE INTEREST OF V.H., A CHILD**,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01656
Honorable Richard Garcia, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2.

The appellee's brief was originally due to be filed on May 19, 2016. On June 1, 2016, this court entered an order on ordering appellee to file its brief by June 3, 2016. On June 7, 2016, appellee filed a motion for extension of time, asserting it was not served with appellant's brief until June 6, 2016. Appellee requests an extension of ten days in which to file its brief. The motion is GRANTED. It is ORDERED that appellee's brief must be filed in this appeal no later than ten days from the date of this order. Given the disposition deadline for this appeal, further extensions of time are disfavored.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court